# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-51719-LRC |
| | : | |
| ALL 4 ONES ENTERPRISES, LLC, | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance as counsel for Nancy J. Gargula, United States Trustee, Region 21, in the above-captioned case.

>Respectfully submitted,
>
>NANCY J. GARGULA
>UNITED STATES TRUSTEE
>REGION 21
>
>  /s  Jonathan S. Adams
>Jonathan S. Adams
>Georgia Bar No. 979073
>Trial Attorney

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404.331.4437
Jonathan.S.Adams@usdoj.gov