# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ALL 4 ONE ENTERPRISES, LLC, | : | CASE NO. 21-51719-LRC |
| | : | |
| DEBTOR. | : | |
| | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| ALL 4 ONE ENTERPRISES, LLC, | : | |
| | : | |
| RESPONDENT. | : | |

## NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the United States Trustee has filed a Motion to Dismiss Case in the above-referenced case.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the United States Trustee's Motion to Dismiss in Courtroom 1204, U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at **10:15 A.M**. on the **25th day of March, 2021**. Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

Your rights may be affected by the court's ruling on this motion. You should read this motion carefully and discuss it with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response to that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: March 3, 2021

NANCY J. GARGULA
UNITED STATES TRUSTEE
REGION 21

  */s  Jonathan S. Adams*
Jonathan S. Adams
Georgia Bar No. 979073
Trial Attorney

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404.331.4437
Jonathan.S.Adams@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ALL 4 ONE ENTERPRISES, LLC, | : | CASE NO. 21-51719-LRC |
| | : | |
| DEBTOR. | : | |
| | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| ALL 4 ONE ENTERPRISES, LLC, | : | |
| | : | |
| RESPONDENT. | : | |

**MOTION TO DISMISS CASE**

COMES NOW Nancy J. Gargula, United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed by 28 U.S.C. § 586(a), and respectfully moves this Court to enter an order dismissing the above-captioned Chapter 11 case for cause pursuant to 11 U.S.C. § 1112(b). In support of this motion, the United States Trustee shows the Court as follows:

1.

The Court has jurisdiction over this matter under 28 U.S.C. § 1334(a) and (b), and 28 U.S.C. § 157(a) and (b)(1). This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2.

Pursuant to 11 U.S.C. § 307, the United States Trustee has standing to be heard with regard to this motion.

3.

On March 2, 2021, All 4 One Enterprises, LLC (the "Debtor") commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition").

4.

The petition is signed by Brandon Hall, who identifies himself as the "Manager Member" of the Debtor. No attorney signed the petition as representative of the Debtor.

5.

The Court should dismiss this case, for cause, pursuant to 11 U.S.C. § 1112(b). Because the Debtor is an artificial entity, it cannot represent itself in this proceeding, nor may its officers appear before this court on its behalf unless they are licensed attorneys. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Indep. Theatre Exhibitors, Inc. v. Buena Vista Distrib. Co.*, 748 F.2d 602, 609 (11th Cir. 1984), *cert. denied*, 474 U.S. 1056 (1985).

WHEREFORE, the United States Trustee respectfully moves this Court to enter an order dismissing this case, directing payment of any unpaid chapter 11 filing fees and special charges, and granting such other relief as the Court deems just and proper.

Dated March 3, 2021.

NANCY J. GARGULA
UNITED STATES TRUSTEE
REGION 21

 */s  Jonathan S. Adams*
Jonathan S. Adams
Georgia Bar No. 979073
Trial Attorney
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404.331.4437
Jonathan.S.Adams@usdoj.gov

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Motion to Dismiss Case and Notice of Hearing on Motion to Dismiss Case* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following party who has appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**NONE**

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

> All 4 One Enterprises, LLC
> 13453 Fauna Lane
> Hudson, Florida 34669

AND ALL PARTIES ON THE ATTACHED MAILING MATRIX

Dated: March 3, 2021.

> NANCY J. GARGULA
> United States Trustee, Region 21
>
> *s/ Jonathan S. Adams*
> Jonathan S. Adams
> Georgia Bar No. 979073
> United States Department of Justice
> Office of the United States Trustee
> 362 Richard B. Russell Building
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303
> 404-331-4437
> Jonathan.S.Adams@usdoj.gov

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 21-51719-lrc<br>Northern District of Georgia<br>Atlanta<br>Wed Mar  3 08:57:13 EST 2021 | Jonathan S. Adams<br>Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | All 4 Ones Enterprises, LLC<br>210 Aerie Court<br>Atlanta, GA 30350-2801 |
| Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 |
| United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | End of Label Matrix<br>Mailable recipients     6<br>Bypassed recipients    0<br>Total                  6 | |